# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

KENYATTA CLAY and SHENIQUE RAY,

    Plaintiffs,

v.                                                   Case No. 5:20-cv-124-MW/MJF

SHOWNTAIL THE LEGEND LLC, et al.,

    Defendants.

_____/

## JUDGMENT

Plaintiffs' Fair Labor Standards Act Claims, Counts II and III, are DISMISSED. Plaintiffs' pendent state law claims, Counts I, IV, and V, are DISMISSED without prejudice to refile in state court.

                                              JESSICA J. LYUBLANOVITS,
                                              CLERK OF COURT

February 10, 2021          s/ Jeremy Wright
DATE                           Deputy Clerk